

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00043-CV

Johnny Partain
v.
McAllen Police Chief Victor Rodriguez, in his Official and Individual Capacities and the City of McAllen

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0929-12-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 27, 2021